# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS URIEL RIVAS RIVERA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:25-cv-01476-EPG-HC<br><br>ORDER AUTHORIZING IN FORMA PAUPERIS STATUS<br><br>(ECF No. 2) |

Petitioner is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, Petitioner is HEREBY AUTHORIZED to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **February 18, 2026**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE