# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS URIEL RIVAS RIVERA, | Case No. 1:25-cv-01476-EPG-HC |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE |
| v. | (ECF No. 18) |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Pursuant to the parties' joint statement, (ECF No. 18), the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Petitioner shall file a traverse; and

2. Within fourteen (14) days of the date of service of the traverse, Respondents shall file a reply.

IT IS SO ORDERED.

Dated:   **March 5, 2026**

/s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE